1  DAVID P. BENDER, JR., Bar No. 123976
   dbender@adersonkill.com
2  CAROLINE HURTADO FORD, Bar No. 230526
   cford@andersonkill.com
3  MICHAEL J. STONER, Bar No. 269152
   mstoner@andersonkill.com
4  ANDERSON KILL
   864 E. Santa Clara Street
5  Ventura, California 93001-2939
   Tel:   (805) 288-1300
6  Fax:   (805) 288-1301

7  Attorneys for Defendant
   CITY OF MONTEBELLO

**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF MONTEBELLO, a California municipal entity,<br><br>   Defendant. | CASE NO.: CV-14-5374-SS<br>*Assigned to Hon. Suzanne H. Segal*<br><br>**ORDER RE:<br>STIPULATED PROTECTIVE ORDER**<br><br>Complaint served: July 16, 2014<br><br>*[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]* |

/ / /

/ / /

/ / /

imanage-206102.1

-1-

**ORDER RE: STIPULATED PROTECTIVE ORDER**

1  The parties filed a joint Stipulated Protective Order on September 26, 2014.
2  Pursuant to the Stipulated Protective Order, as amended, and good cause appearing
3  therefor, the Court rules as follows: IT IS SO ORDERED.

DATED: 9/26/14

SUZANNE H. SEGAL
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Caroline Hurtado Ford, an attorney, hereby certify that on September 26, 2014, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **CV-14-5374-SS**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ *Caroline Hurtado Ford*
**Caroline Hurtado Ford**