UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MONTEBELLO, a California municipal entity,<br><br>　　　　　Defendant<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-14-5374-SS<br><br>[*Assigned for all purposes to the Magistrate Judge Suzanne H. Segal, Courtroom 23*]<br><br>**FINAL JUDGMENT** |

On March 31, 2015, the parties filed cross-motions for summary judgment, or in the alternative, partial summary judgment. After fully considering all papers on file herein, including the papers filed by the parties in support of and in opposition to said motions, and oral argument by the counsel for the parties and having been fully advised as to all relevant facts, arguments and contentions, on May 29, 2015, the Honorable Suzanne H. Segal, United States District Court Magistrate Judge, entered an Order (1) Granting In Part, and Denying In Part, Security National's Motion for Summary Judgment or in the Alternative, Partial

{00110134.DOCX 1}

Summary Judgment; and (2) Denying City of Montebello's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (the "Order"; Docket no. 75).

The parties stipulated that the Order effectively resolved all of the pleaded claims for relief and causes of action and jointly requested entry of a final, appealable judgment. A copy of the parties' stipulation for entry of final judgment is attached hereto as Exhibit "A" and incorporated by this reference.

Based thereon, it is ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor and against Security National and in favor of and against Montebello, as follows:

1. Judgment shall be and hereby is entered in favor of Montebello as to the single claim for relief set forth in Security National's Complaint for declaratory relief;

2. Judgment shall be and hereby is entered in favor of Security National as to Montebello's claims for relief for breach of contract and tortious breach of the implied covenant of good faith and fair dealing set forth in Montebello's Counterclaim;

3. Judgment shall be and hereby is entered in favor of Montebello as to its claim for relief for declaratory relief in the Counterclaim;

4. Each party is to bear its own costs of suit and attorneys' fees incurred herein.

5. There being no just reason to delay the entry of this judgment, this judgment is final and the Clerk is directed to enter this final judgment forthwith pursuant to Fed. R. Civ. P. 58.

DATED: 7/22/15                    _____/S/_____
                                                 Honorable Suzanne H. Segal
                                                 United States District Magistrate Judge