# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MONTEBELLO, a California municipal entity,<br><br>Defendant<br><br>AND RELATED COUNTERCLAIM. | Case No. CV-14-5374-SS<br><br>[*Assigned for all purposes to the Magistrate Judge Suzanne H. Segal, Courtroom 23*]<br><br>**FINAL JUDGMENT** |

On February 21, 2017, the Ninth Circuit Court of Appeals issued a Memorandum opinion in which it reversed the Final Judgment entered in this action on July 22, 2015, and remanded the matter to the Court with instructions the Court "adjust the amount of tender to provide for the full amount of fees and expenses incurred by Montebello through the date of tender" (the "Adjusted Tender Amount"), and for further proceedings in this Court consistent with the rulings in the Memorandum.

The parties since have stipulated to the Adjusted Tender Amount and the resolution all other outstanding issues consistent with the Ninth Circuit's rulings.

The parties further have agreed upon the net amount outstanding between them based on the Adjusted Tender Amount and jointly requested entry of a final non-appealable judgment. A copy of the parties' stipulation for entry of final judgment is attached hereto as Exhibit "A" and incorporated by this reference.

Based thereon, it is ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Security National as follows:

1. Judgment shall be and hereby is entered in favor of Security National as to the single claim for relief set forth in Security National's Complaint for declaratory relief;

2. Judgment shall be and hereby is entered in favor of Security National and against Montebello on each and every claim set forth in Montebello's Counterclaim; which Counterclaim is dismissed with prejudice in its entirety;

3. Security National is awarded its costs in the amount of $2,893.13;

4. There being no just reason to delay the entry of this judgment, this judgment is final and the Clerk is directed to enter this final judgment forthwith pursuant to Fed. R. Civ. P. 58.

DATED: August 10, 2017

Honorable Suzanne H. Segal
United States District Magistrate Judge